**Leroy FELTON, Plaintiff–Appellant,**

v.

**Investigator CHUPIK; Investigator Hatman; Corporal Evans; T.L. Sterling, Investigator, Defendants–Appellees.**

No. 02–7362.

United States Court of Appeals,
Fourth Circuit.

Submitted March 20, 2003.

Decided March 25, 2003.

Leroy Felton, Appellant Pro Se. Harold Phillip Juren, Deputy City Attorney, Norfolk, VA, for Appellees.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Leroy Felton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Felton v. Chupik,* No. CA–00–1889–AM (E.D. Va. filed Aug. 21, 2002 & entered Aug. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*